United States District Court
Southern District of Texas
**ENTERED**
January 03, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| LESLIE R.,[1] | § |
| Plaintiff. | § § § |
| V. | §  CIVIL ACTION NO. 4:23-cv-04201 |
| COMMISSIONER OF SOCIAL SECURITY, | § § § § |
| Defendant. | § |

### ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

On January 24, 2024, all matters in this case were referred to United States Magistrate Judge Andrew M. Edison under 28 U.S.C. § 636(b)(1). Dkt. 5. Judge Edison filed a Memorandum and Recommendation on December 18, 2024, recommending that the Commissioner's decision be reversed and this matter remanded to the Commissioner for further proceedings. Dkt. 12.

No objections have been filed to the Memorandum and Recommendation. Accordingly, the Court reviews the Memorandum and Recommendation for plain error on the face of the record. 28 U.S.C. § 636(b)(1); *see also* FED. R. CIV. P. 72(b)(3).

---

[1] On May 1, 2023, the Committee on Court Administration and Case Management of the Judicial Conference of the United States issued a memorandum recommending that courts adopt a local practice of using only the first name and last initial of any non-government party in Social Security opinions.

Based on the briefing, the record, and the applicable law, the Court finds that there is no plain error apparent from the face of the record. Accordingly, it is hereby **ORDERED and ADJUDGED** that:

(1) Judge Edison's Memorandum and Recommendation (Dkt. 12) is **APPROVED and ADOPTED** in its entirety as the holding of the Court;

(2) The Commissioner's decision is **REVERSED**; and

(3) This matter is **REMANDED** to the Commissioner for further proceedings consistent with the court's opinion.

It is so **ORDERED**.

SIGNED at Houston, Texas on January 3, 2025.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE